JULIA E. REYES *v.* COMMISSIONER OF CHILDREN
AND FAMILIES ET AL.
(AC 22620)

Dranginis, Bishop and Hennessy, Js.

Submitted on briefs May 2—officially released May 20, 2003

Per Curiam. The judgment is affirmed.

GABRIEL KENNETH SIMMONS *v.* COMMISSIONER
OF CORRECTION
(AC 23044)

Lavery, C. J., and Bishop and Hennessy, Js.

Submitted on briefs May 2—officially released May 20, 2003

Per Curiam. The appeal is dismissed.

SOTAVENTO CORPORATION *v.* MORNINGSIDE
PARTNERS LIMITED PARTNERSHIP
(AC 23204)

Lavery, C. J., and Dranginis and Peters, Js.

Argued May 1—officially released May 20, 2003

Per Curiam. The judgment is affirmed.